No. 09-9308. **Ramendra Basu, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2081, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2872.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 358 Fed. Appx. 187.

No. 09-9314. **Victor Jesus Rodriguez, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2081, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2821.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 353 Fed. Appx. 890.

No. 09-9322. **Anthony Tyrone Mills, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2081, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2919.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-9328. **Jerome H. Jones, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2081, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2894.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 388 U.S. App. D.C. 251, 584 F.3d 1083.

No. 09-9330. **Lamar Edison, Petitioner v. Arcola Washington-Adduci, Warden.**

559 U.S. 1044, 130 S. Ct. 2082, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2863.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 953.

No. 09-9334. **Gilberto Placencia-Medina, Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2082, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2886.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 161.

No. 09-9335. **Gene Polk, Petitioner v. Fred Menifee, Warden.**

559 U.S. 1044, 130 S. Ct. 2082, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2902.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-9338. **Farren James Mason, Sr., Petitioner v. United States.**

559 U.S. 1044, 130 S. Ct. 2082, 176 L. Ed. 2d 428, 2010 U.S. LEXIS 2845.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 781.